## FROSCH v. WOLTER.

---

This case is governed by the decision of the court in *Frosch* v. *Monday,* 34 App. D. C. 338.

No. 2137.   Submitted May 3, 1910.   Decided May 3, 1910.

HEARING on an appeal from a decree of the Supreme Court of the District of Columbia in a suit in equity for the construction of a deed in trust.                          *Affirmed.*

*Mr. Michael J. Colbert* for the appellants.

There was no appearance for the appellees.

PER CURIAM:

For the reasons stated in the opinion of this court on a former appeal between the same appellants and Ida S. Monday *et al.,* No. 2002, decided at the January Term, 1910, the decree of the court below, from which the present appeal is taken, is *affirmed, with costs.*

An appeal to the Supreme Court of the United States was allowed May 3, 1910.